

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-14-00243-CV

IN RE DEREK MONTEZ, RELATOR

ORIGINAL PROCEEDING FOR WRIT OF MANDAMUS

July 16, 2014

## MEMORANDUM OPINION

Before QUINN, C.J., and HANCOCK and PIRTLE, JJ.

Derek Montez, relator, has filed a petition for writ of mandamus but failed to pay the $145 filing fee required under Texas Rule of Appellate Procedure 5. We informed Montez, by letter dated June 24, 2014, that the filing fee was outstanding and that the proceeding would be dismissed unless it was paid no later than July 7, 2014. TEX. R. APP. P. 5. The fee has not been paid as directed, nor has he filed an affidavit of indigence. *See* TEX. R. APP. P. 20.1

Accordingly, we dismiss Montez' petition. *See* TEX. R. APP. P. 42.3.

Per Curiam